Shea v Otero (2025 NY Slip Op 05414)

Shea v Otero

2025 NY Slip Op 05414

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, NOWAK, DELCONTE, AND KEANE, JJ.

750 CA 24-00943

[*1]TIMOTHY SHEA AND EILEEN SHEA, PLAINTIFFS-RESPONDENTS,
v
TAREK OTERO AND IRIS & WILLIAM, LLC, DEFENDANTS-APPELLANTS. 

LAW OFFICE OF RALPH C. LORIGO, WEST SENECA (FRANK J. JACOBSON OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
BUCHANAN INGERSOLL & ROONEY PC, PITTSBURGH, PENNSYLVANIA (STEPHEN W. KELKENBERG OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Allegany County (Thomas P. Brown, A.J.), entered March 29, 2024, in an action pursuant to RPAPL article 15. The order, inter alia, granted the application of plaintiffs for a preliminary injunction enjoining violation of an easement agreement. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court